# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT CINCINNATI

| | | |
|---|---|---|
| BASHIR JAMA ISSE, | : | Case No. 1:25-cv-872 |
| | : | |
| Petitioner, | : | |
| | : | District Judge Jeffery P. Hopkins |
| vs. | : | Magistrate Judge Peter B. Silvain, Jr. |
| | : | |
| FIELD OFFICE DIRECTOR FOR ENFORCEMENT AND REMOVAL OPERATIONS, DETROIT, *et al.*, | : | |
| | : | |
| Respondents. | : | |

## ORDER TO SUBMIT JOINT PROPOSED SCHEDULING ORDER

Petitioner, Bashir Jama Isse, a detainee at the Butler County Jail, in Hamilton, Ohio, has filed a Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241. (Doc. 1).  The case has been referred to the Undersigned pursuant to 28 U.S.C. § 636(b) and General Order 22-05 regarding assignments and references to United States Magistrate Judges.

The parties are **ORDERED** to confer on a case schedule and file a joint proposed scheduling order no later than December 29, 2025.

IT IS SO ORDERED.

December 18, 2025

s/*Peter B. Silvain, Jr.*
Peter B. Silvain, Jr.
United States Magistrate Judge