**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT CINCINNATI**

| | | |
|---|---|---|
| BASHIR JAMA ISSE, | : | Case No. 1:25-cv-872 |
| | : | |
| Petitioner, | : | |
| | : | |
| vs. | : | District Judge Jeffery P. Hopkins |
| | : | Magistrate Judge Peter B. Silvain, Jr. |
| | : | |
| FIELD OFFICE DIRECTOR FOR | : | |
| ENFORCEMENT AND REMOVAL | : | |
| OPERATIONS DETROIT, *et al.*, | : | |
| | : | |
| Respondents. | | |

## ORDER SETTING CASE SCHEDULE

The Court previously ordered the parties to confer and propose a case schedule. (Doc. 5).

Based on that joint proposal (Doc. 7), the Court now **SETS** the following schedule:

- Respondent's Return of Writ Due:   January 8, 2026

- Petitioner's Reply to Return Due:   January 13, 2026

**IT IS SO ORDERED.**

January 8, 2026

*s/Peter B. Silvain, Jr.*
Peter B. Silvain, Jr.
United States Magistrate Judge