# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT CINCINNATI

| | | |
|---|---|---|
| BASHIR JAMA ISSE, | : | Case No. 1:25-cv-872 |
| Petitioner, | : | |
| vs. | : | District Judge Jeffery P. Hopkins |
| | : | Magistrate Judge Peter B. Silvain, Jr. |
| FIELD OFFICE DIRECTOR FOR ENFORCEMENT AND REMOVAL OPERATIONS DETROIT, *et al.*, | : | |
| Respondents. | : | |

## ORDER REGARDING NEW CLAIMS IN TRAVERSE

On January 12, 2026, Petitioner filed his Reply in Support of Petition for Writ of Habeas Corpus and Opposition to Respondents' Return of Writ and Motion to Dismiss. It appears that Petitioner may be attempting to raise new grounds for relief in Part B of the traverse, such as whether Petitioner's detention is in violation of binding agency regulations. (Doc. 12, *PageID* 176-78).

Generally, grounds raised for the first time in a reply or traverse are not properly before the Court. *See, e.g.*, *Tyler v. Mitchell*, 416 F.3d 500, 504 (6th Cir. 2005) (a district court may decline to review a claim raised for the first time in the traverse). However, the Federal Rules of Civil Procedure apply to amendments to petitions for writ of habeas corpus. *See Mayle v. Felix*, 545 U.S. 644, 654-55 (2005). Federal Rule of Civil Procedure 15 governs and is "made applicable to habeas proceedings by § 2242, Federal Rules of Civil Procedure 81(a)(2), and Habeas Corpus Rule 11." *Id.* at 655. Leave to amend "shall be freely given when justice so requires." Fed. R. Civ. P. 15(a). *See also Foman v. Davis*, 371 U.S. 178, 182 (1962).

Accordingly, should Petitioner intend to raise new grounds for relief in his Reply, he is

**DIRECTED** to file an Amended Habeas Petition on or by **January 26, 2026**. Any Supplemental Return of Writ will then be due by **February 5, 2026**, and any Supplemental Traverse by **February 10, 2026**.

    **IT IS SO ORDERED.**

January 16, 2026                                *s/Peter B. Silvain, Jr.*
                                                       Peter B. Silvain, Jr.
                                                       United States Magistrate Judge