## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

|  |  |  |
|---|---|---|
| BASHIR JAMA ISSE, | : | |
| *Plaintiff,* | : | Case No. 1:25-cv-00872 |
| v. | : | Judge Jeffery P. Hopkins |
| KEVIN RAYCRAFT, Field Office Director of Enforcement and Removal Operations, Detroit Field Office, Immigration and Customs Enforcement, *et al.,* | : | |
| *Defendants.* | : | |

## ORDER

Petitioner Bashir Jama Isse, a citizen and native of Ethiopia, is a United States Immigration and Customs Enforcement detainee currently detained at the Butler County Jail in Butler County, Ohio. Petitioner has filed an Amended Petition for Writ of Habeas Corpus (Doc. 16) pursuant to 28 U.S.C. § 2241. Pending before the Court is a Motion to Dismiss (Doc. 4) filed by Respondent Sheriff Richard K. Jones. Petitioner did not file a response and the time for filing a response has long since passed.

Title 28 U.S.C. § 2243 requires the writ or order to show cause to be "directed to the person having custody of the person detained." In the context of a habeas corpus petition filed by a noncitizen detained in a local detention facility contracted by Immigration and Customs Enforcement, it is the Department of Homeland Security Field Director, and not the head of the contracted detention facility, that "has power over" the noncitizen petitioner within the meaning of 28 U.S.C. § 2243. *Roman v. Ashcroft, et al.*, 340 F.3d 314, 320 (6th Cir. 2003) (citing *Henderson v. INS*, 157 F.3d 106, 122 (2d Cir. 1998)). Sheriff Richard K. Jones is therefore not

1

a properly named Respondent in this action. Accordingly, the Court **GRANTS** Respondent

Sheriff Richard K. Jones' Motion to Dismiss (Doc. 4).

 **IT IS SO ORDERED.**

May 15, 2026

Jeffery P. Hopkins
United States District Judge